UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD SATTLER, | ) | Case No. 3:03-cv-00066-ECR-VPC |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: September 20, 2011 |
| NEVADA PAROLE & PROBATION, et al., | ) | |
| Defendants. | ) | |

PRESENT:   EDWARD C. REED, JR.         U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN    Reporter:   NONE APPEARING

Counsel for Plaintiff(s)         NONE APPEARING

Counsel for Defendant(s)         NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

On September 12, 2011, Plaintiff filed a motion to reopen (#54) a civil action. The motion (#54) is DENIED.

This case was closed on August 1, 2003, by judgment of the Court. If Plaintiff desires to pursue these claims, he will have to file a new action.

The Clerk shall provide a copy of the instructions and the forms for filing a new action to Plaintiff.

LANCE S. WILSON, Clerk
By _____/s/_____